CAB-00-165

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ?<br>*Wm. J. McMillon* | Date<br>*2/6/2001 — 3:38 PM* |
| NAME OF SERVER (PRINT)<br>*William J. McMillon* | Title<br>*Process Server* |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served. *A Wrightway Construction Site At Hwys 77 & 83 Interchange on West Side of Harlingen, TX*

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED
FEB 14 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  *2/6/2001*   *Wm. J. McMillon*
       Date         Signature of Server

Address of Server: *204 West Ferguson #108, Pharr, TX 78577*

SUBSCRIBED AND SWORN TO ME ON THE 7 DAY OF FEB 2001

NOTARY PUBLIC

VE C. ECKSTEIN
Y COMMISSION EXPIRES
February 10, 2002