United States District Court
Southern District of Texas
ENTERED
FEB 21 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-00-165 |
| | § | |
| Miguel Elizondo, Jr. | § | |

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for February 20, 2001 at 2:00 p.m. is continued until a time to be established by the Court after the defendant files an answer or other responsive pleading. The pretrial has been reset until <u>March 27, 2001, 2:00 p.m</u>.

Signed this <u>16th</u> day of <u>February</u>, 2001, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge