United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-165 |
| | § | |
| MIGUEL ELIZONDO, JR. | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.   The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B.   Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C.   Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of June 1, 2000           $  2,857.28
2. Interest as of June 1, 2000                    $  1,472.77
3. Administrative Fees, Costs, Penalties          $  0
4. Attorney's Fees                                $  550.00
5. Pre-Judgment Interest Rate Per Annum              8.00%
6. Daily Accrual:                                 $  .63
7. TOTAL Balance Due (after credits of $650.25)   $  4,330.05
8. Post-Judgment Interest equals  3.82 % per annum.

DONE in Brownsville, Texas this 2nd day of May 2001.

_____
Hilda Tagle
United States District Judge

3