UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| *versus* § § | Civil Action B-00-165 |
| Miguel Elizondo, Jr. § | |

United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling Miguel Elizondo, Jr. ("Elizondo, Jr.") to respond to post-judgment discovery and awarding sanctions against Elizondo, Jr., pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1.   On March 12, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Elizondo, Jr., by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail green card was returned signed. The postjudgment discovery sought information regarding the financial condition of Elizondo, Jr., as allowed by 28 U.S.C. §3015.

2.   Written demand for the responses was sent to Elizondo, Jr. by letter dated May 12, 2004. (Exhibit 2).

3.   Elizondo, Jr. failed to respond to the discovery requests. The United States attempted to obtain responses from Elizondo, Jr.. The United States attempted to contact Elizondo, Jr. by telephone on August 26, August 31, September 7 and September 14, 2004.

4.   Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5.   Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movant first

making a good faith effort to obtain the discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. (a)(4)(A).

6. The United States requests that the court order Elizondo, Jr. to respond to post-judgment discovery fully and completely, and award sanctions against Elizondo, Jr. pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Miguel Elizondo, Jr. at 817 Mendez, Harlingen, TX 78550 by certified mail, return receipt requested, and regular mail on this ___23ed___ day of ___September___ 2004.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-00-165 |
| Miguel Elizondo, Jr. | § | |

**POST-JUDGMENT DISCOVERY**

TO:    Miguel Elizondo, Jr., 817 Mendez, Harlingen, TX 78550

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully documents are serious matters which will be brou

**INSTRU(**

1.    Send your sworn answers to the in for inspection and copying **within 30 days of you**
J. Michael Weston
BENNETT, WESTON & I
1750 Valley View Lane, St
Dallas, Texas 75234

2.    Answer each Interrogatory in the sp



5. "You," or "Your" refers to Miguel Elizondo, Jr., and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7002 2130 0004 6428 6674) and regular mail on this 12th day of March, 2004.

_____

EXHIBIT __1__