UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-00-165 |
| Miguel Elizondo, Jr. | § § | |

Order Compelling Discovery Responses and Awarding Sanctions

Miguel Elizondo, Jr. must fully respond to the interrogatories and requests for production served upon Miguel Elizondo, Jr. by the United States by _____, 2004.

If Miguel Elizondo, Jr. fails to comply with this order, Miguel Elizondo, Jr. may be held in contempt.

The United States is awarded costs and attorney's fees of $200.00 against Miguel Elizondo, Jr.. Costs and attorney's fees shall be paid to counsel for the United States by _____, 2004.

SIGNED this _____ day of _____, 2004, at Brownsville, Texas.

_____
United States District Judge