UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumado

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-00-165 |
| | § | |
| MIGUEL ELIZONDO, JR. | | |

**ORDER COMPELLING DISCOVERY**
**RESPONSES AND AWARDING SANCTIONS**

Miguel Elizondo, Jr., must fully respond to the interrogatories and requests for production served upon Miguel Elizondo, Jr., by the United States by December 6, 2004.

If Miguel Elizondo, Jr., fails to comply with this order, he may be hld in contempt.

SIGNED this 5th day of October 2004, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge